SEYFARTH SHAW LLP
Jay W. Connolly (SBN 114725)
jconnolly@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant WHOLE FOODS MARKET, INC.

PRATT & ASSOCIATES
Pierce Gore (SBN 128515)
pgore@prattattorneys.com
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone:    (408) 429-6506

PROVOST UMPHREY LAW FIRM L.L.P.
Edward Downs Fisher (*Admitted Pro Hac Vice*)
efisher@pulf.com
490 Park Street
Beaumont, Texas 77701
Telephone:    (409) 838-8859

PROVOST UMPHREY LAW FIRM L.L.P.
W. Michael Hamilton (*Admitted Pro Hac Vice*)
mhamilton@pulf.com
2021 Richard Jones Road, Suite 300
Nashville, Tennessee 37215
Telephone:    (612) 242-0199

Attorneys for Plaintiff ROBERT PRATT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ROBERT PRATT, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET, INC.,<br><br>Defendant. | Case No. CV 12-05652 EJD<br><br>**STIPULATION REGARDING LITIGATION DEADLINES AND [PROPOSED] ORDER**<br><br>[L.R. 7-12]<br><br>Date:       June 7, 2013<br>Time:       9:00 a.m.<br>Judge:      Hon. Edward J. Davila<br>Courtroom:  Courtroom 4, 5th Floor |

Whole Foods Market, Inc. ("WFMI"), on the one hand, and Robert Pratt ("Pratt"), on the other hand, (collectively, "Parties") by and through their respective undersigned counsel, hereby stipulate and jointly request that the Court issue an Order as follows:

WHEREAS, WFMI has filed a Motion to Dismiss currently set for hearing on June 7, 2013.

WHEREAS, the Motion to Dismiss involves complex issues pertaining to whether this Court has personal jurisdiction over WFMI;

WHEREAS, the parties have met and conferred and jointly desire time in addition to that permitted by the Local Rules to fully brief the issues raised in the Motion to Dismiss;

WHEREAS, the parties agree and jointly stipulate that WFMI's entry into this stipulated request for an order is not intended to and does constitute or evidence a waiver of WFMI's objection to the Court's jurisdiction as set forth in the Motion to Dismiss;

WHEREAS, the proposed briefing schedule will not modify the time allotted the Court under the Local Rules to consider the parties' briefing prior to the hearing;

IT IS THEREFORE STIPULATED AND JOINTLY REQUESTED that:

1. The Court order that Plaintiff's Opposition is due on or before March 28, 2013;

2. WFMI's Reply is due on or before April 12, 2013;

3. This stipulation and request shall be without prejudice to Defendant's objection to this Court's personal jurisdiction as set forth in Defendant's Motion to Dismiss and shall not constitute or be used as evidence of a waiver of Defendant's objection to this Court's personal jurisdiction as set forth in Defendant's Motion to Dismiss; and

4. All other deadlines in the case remain unchanged.

//
//
//
//
//
//
//

**IT IS SO STIPULATED.**

DATED: March 5, 2013                    SEYFARTH SHAW LLP

                                        By:  /s/
                                          Jay W. Connolly
                                          Giovanna A. Ferrari
                                          Joseph J. Orzano
                                        Attorneys for Defendant
                                        WHOLE FOODS MARKET, INC.

DATED: March 5, 2013                    PRATT & ASSOCIATES


                                        By:  /s/
                                          Pierce Gore
                                        Attorneys for Plaintiff
                                        ROBERT PRATT

DATED: March 5, 2013                    PROVOST UMPHREY LAW FIRM L.L.P.


                                        By:  /s/
                                          W. Michael Hamilton
                                          Edward Downs Fisher
                                        Attorneys for Plaintiff
                                        ROBERT PRATT

//
//
//
//
//
//
//
//
//
//

Stipulation Regarding Litigation Deadlines and [Proposed] Order / Case No. CV 12-05652 EJD

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

1. Plaintiff shall have up to and including March 28, 2013 to file an Opposition to Defendant's currently pending Motion to Dismiss;

2. Defendant shall have up to and including April 12, 2013 to file a Reply in support of Defendant's Motion to Dismiss;

3. This Order is without prejudice to Defendant's objection to this Court's personal jurisdiction as set forth in Defendant's Motion to Dismiss and does not constitute and shall not be used as evidence of a waiver of Defendant's objection to this Court's personal jurisdiction as set forth in Defendant's Motion to Dismiss; and

4. All other deadlines in this action remain unchanged.

Dated: 3/7/2013



The Honorable Edward J. Davila

15286468v.4