Michael Hamilton
Provost Umphrey Law Firm, LLP
2021 Richard Jones Road
Suite 300
Nashville, TN 27215
615-242-0199
615-256-5922
mhamilton@pulf.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT PRATT, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.; MRS. GOOCH'S NATURAL FOODS MARKET, INC,; WFM-WO, INC.; and WFM PRIVATE LABEL, L.P.,<br><br>   Defendants. | Case No. CV 12-05652 EJD<br><br>**PLAINTIFF ROBERT PRATT'S STATEMENT OF RECENT DECISION IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT AND MOTION TO STRIKE (DKT# 35)**<br><br>[Local Rule 7-3(d)(2)] |

  Pursuant to Local Rule 7-3(d)(2), Plaintiff Robert Pratt, individually and on behalf of all others similarly situated, provides this statement of the following recent decision issued after Plaintiff filed his Memorandum in Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint and Motion to Strike:

1. Mary P. Swearingen and Joshua Odgen v. Yucatan Foods L.P., No. C-13-3544 RS (ND. CA. February 7, 2014) attached hereto as **Exhibit A**.

DATED: February 10, 2014                                PROVOST UMPHREY LAW FIRM, LLP


/s/ Michael Hamilton
Michael Hamilton


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served via the Court's ECF filing system on this 10th day of February, 2014 on all attorneys of record.

/s/ Michael Hamilton
Michael Hamilton