1  PRATT & ASSOCIATES
   Pierce Gore (SBN 128515)
2  1871 The Alameda, Suite 425
   San Jose, CA 95126
3  Telephone: (408) 429-6506
   pgore@prattattorneys.com
4
   PROVOST UMPHREY LAW FIRM L.L.P.
5  Edward Downs Fisher (Admitted *Pro Hac Vice*)
   490 Park Street
6  Beaumont, Texas 77701
   Telephone: (409) 838-8859
7  efisher@pulf.com

8  PROVOST UMPHREY LAW FIRM L.L.P.
   W. Michael Hamilton (Admitted Pro Hac Vice)
9  2021 Richard Jones Road, Suite 300
   Nashville, Tennessee 37215
10 Telephone: (612) 242-0199
   mhamilton@pulf.com
11
   *Attorneys for Plaintiff*
12
   SEYFARTH SHAW LLP
13 Jay W. Connolly (SBN 114725)
   jconnolly@seyfarth.com
14 Joseph J. Orzano (SBN 262040)
   jorzano@seyfarth.com
15 560 Mission Street, 31st Floor
   San Francisco, California 94105
16 Telephone:    (415) 397-2823
   Facsimile:    (415) 397-8549
17
   *Attorneys for Defendants*
18
                    UNITED STATES DISTRICT COURT
19
                   NORTHERN DISTRICT OF CALIFORNIA
20
                          SAN JOSE DIVISION
21

| | |
|---|---|
| JEFF MAINS, an individual, on his own behalf and on behalf of all others similarly situated, | Case No. CV12-05652 EJD |
| Plaintiff, | **CLASS ACTION** |
| v. | **JOINT TRIAL SETTING CONFERENCE STATEMENT WITH NOTICE OF SETTLEMENT AND [PROPOSED] ORDER** |
| WHOLE FOODS MARKET CALIFORNIA, INC, *et al.* | Date: November 15, 2018 |
| Defendants. | Time:  11:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Action Filed: April 13, 2012 |

JOINT TRIAL SETTING CONFERENCE STATEMENT AND [PROPOSED] ORDER
CASE NO. CV12-05652 EJD

The parties, Jeff Mains ("Plaintiff") and Whole Foods Market California, Inc., Mrs. Gooch's Natural Food Markets, Inc., WFM-WO, Inc., and WFM Private Label, L.P. (collectively "Defendants") submit this Joint Trial Setting Conference Statement pursuant to this Court's Order of February 6, 2018 (Dkt. 78).

On October 31, 2018, the Parties reached a settlement in principle.  The Parties are in the process of documenting the settlement and expect to have a fully executed settlement agreement, and possibly a Stipulation of Voluntary Dismissal on file, before the Trial Setting Conference on November 15, 2018. Accordingly, the Parties provide notice of their settlement in lieu of the topics designated for inclusion in a Joint Trial Setting Conference Statement.

The Parties respectfully request that the Court continue the Trial Setting Conference sixty (60) days to allow time for Parties to complete the settlement agreement and file a Stipulation of Voluntary Dismissal.

DATED:  November 5, 2018        PROVOST UMPHREY LAW FIRM L.L.P.

By: *W. Michael Hamilton*
W. Michael Hamilton
Attorneys for Plaintiff

DATED: November 5, 2018        PRATT & ASSOCIATES.

By:      /s/ *Pierce Gore*
Pierce Gore
Attorneys for Plaintiff

DATED: November 5, 2018        SEYFARTH SHAW LLP

By:      /s/ *Joseph J. Orzano*
Joseph J. Orzano
Attorneys for Defendants

# [PROPOSED] ORDER

**PURSUANT TO THE PARTIES JOINT REQUEST, AND GOOD CAUSE APPEARING, IT IS SO ORDERED** that:

1. The Trial Setting Conference is continued from November 15, 2018 to January 17, 2019 at 2 p.m.

2. A Joint Trial Setting Conference Statement shall be filed, if necessary, no later than January 7, 2019.

Dated: _____     _____
                                                    The Honorable Edward J. Davila

51764130v.1