1  PRATT & ASSOCIATES
   Pierce Gore (SBN 128515)
2  pgore@prattattorneys.com
   1871 The Alameda, Suite 425
3  San Jose, CA 95126
   Telephone:   (408) 429-6506
4
   PROVOST UMPHREY LAW FIRM L.L.P.
5  Edward Downs Fisher (*Admitted Pro Hac Vice*)
   efisher@pulf.com
6  490 Park Street
   Beaumont, Texas 77701
7  Telephone:   (409) 838-8859

8  PROVOST UMPHREY LAW FIRM L.L.P.
   W. Michael Hamilton (*Admitted Pro Hac Vice*)
9  mhamilton@pulf.com
   2021 Richard Jones Road, Suite 300
10 Nashville, Tennessee  37215
   Telephone:   (612) 242-0199
11
   Attorneys for Plaintiff JEFF MAINS
12
   SEYFARTH SHAW LLP
13 Jay W. Connolly (SBN 114725)
   jconnolly@seyfarth.com
14 Joseph J. Orzano (SBN 262040)
   jorzano@seyfarth.com
15 560 Mission Street, 31st Floor
   San Francisco, California  94105
16 Telephone:   (415) 397-2823
   Facsimile:   (415) 397-8549
17
   Attorneys for Defendants WHOLE FOODS MARKET
18 CALIFORNIA, INC., MRS. GOOCH'S NATURAL FOODS
   MARKET, INC., WFM-WO, INC., and WFM PRIVATE LABEL,
19 L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JEFF MAINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.; MRS. GOOCH'S NATURAL FOODS MARKET, INC.; WFM-WO, INC.; and WFM PRIVATE LABEL, L.P.,<br><br>Defendants. | Case No. CV 12-05652 EJD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER** |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiff Jeff Mains and Defendants WFM Private Label, L.P., Whole Foods Market California, Inc., Mrs. Gooch's Natural Food Markets, Inc. and WFM-WO, Inc. through undersigned counsel, that this action is dismissed with prejudice as to the named Plaintiff Jeff Mains, and without prejudice as to all members of the alleged putative classes, with all parties to bear their own costs and fees, including but not limited to attorneys' fees. The Parties jointly request that the Court entered the [Proposed] Order included with this Stipulation.

**IT IS SO STIPULATED.**

DATED: December 13, 2018               SEYFARTH SHAW LLP

                                       By:    /s/ Jay W. Connolly
                                              Jay W. Connolly
                                              Joseph J. Orzano
                                       Attorneys for Defendants
                                       WHOLE FOODS MARKET CALIFORNIA,
                                       INC., MRS. GOOCH'S NATURAL FOODS
                                       MARKET, INC., WFM-WO, INC., and
                                       WFM PRIVATE LABEL, L.P.

DATED: December 13, 2018               PROVOST UMPHREY LAW FIRM, L.L.P.

                                       By:    /s/ W. Michael Hamilton
                                              W. Michael Hamilton
                                              Edward Downs Fisher
                                       Attorneys for Plaintiff
                                       JEFF MAINS

DATED: December 13, 2018               PRATT & ASSOCIATES.

                                       By:    /s/ Pierce Gore
                                              Pierce Gore
                                       Attorneys for Plaintiff
                                       JEFF MAINS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

This action is dismissed with prejudice as to the named Plaintiff Jeff Mains, and without prejudice as to all members of the alleged putative classes, with all parties to bear their own costs and fees, including but not limited to attorneys' fees.

Dated: _____                                    _____

The Honorable Edward J. Davila