PRATT & ASSOCIATES
Pierce Gore (SBN 128515)
pgore@prattattorneys.com
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone:    (408) 429-6506

PROVOST UMPHREY LAW FIRM L.L.P.
Edward Downs Fisher (*Admitted Pro Hac Vice*)
efisher@pulf.com
490 Park Street
Beaumont, Texas 77701
Telephone:    (409) 838-8859

PROVOST UMPHREY LAW FIRM L.L.P.
W. Michael Hamilton (*Admitted Pro Hac Vice*)
mhamilton@pulf.com
2021 Richard Jones Road, Suite 300
Nashville, Tennessee  37215
Telephone:    (612) 242-0199

Attorneys for Plaintiff JEFF MAINS

SEYFARTH SHAW LLP
Jay W. Connolly (SBN 114725)
jconnolly@seyfarth.com
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendants WHOLE FOODS MARKET
CALIFORNIA, INC., MRS. GOOCH'S NATURAL FOODS
MARKET, INC., WFM-WO, INC., and WFM PRIVATE LABEL,
L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JEFF MAINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.; MRS. GOOCH'S NATURAL FOODS MARKET, INC.; WFM-WO, INC.; and WFM PRIVATE LABEL, L.P.,<br><br>Defendants. | Case No. CV 12-05652 EJD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER** |

Stipulation of Voluntary Dismissal and [Proposed] Order
Case No. CV 12-05652 EJD

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiff Jeff Mains and Defendants WFM Private Label, L.P., Whole Foods Market California, Inc., Mrs. Gooch's Natural Food Markets, Inc. and WFM-WO, Inc. through undersigned counsel, that this action is dismissed with prejudice as to the named Plaintiff Jeff Mains, and without prejudice as to all members of the alleged putative classes, with all parties to bear their own costs and fees, including but not limited to attorneys' fees. The Parties jointly request that the Court entered the [Proposed] Order included with this Stipulation.

**IT IS SO STIPULATED**.

DATED:  December 13, 2018                    SEYFARTH SHAW LLP

By: ____*/s/ Jay W. Connolly*____
Jay W. Connolly
Joseph J. Orzano
Attorneys for Defendants
WHOLE FOODS MARKET CALIFORNIA,
INC., MRS. GOOCH'S NATURAL FOODS
MARKET, INC., WFM-WO, INC., and
WFM PRIVATE LABEL, L.P.

DATED:  December 13, 2018                    PROVOST UMPHREY LAW FIRM, L.L.P.

By: ____*/s/ W. Michael Hamilton*____
W. Michael Hamilton
Edward Downs Fisher
Attorneys for Plaintiff
JEFF MAINS

DATED: December 13, 2018                     PRATT & ASSOCIATES.

By: ____*/s/ Pierce Gore*____
Pierce Gore
Attorneys for Plaintiff
JEFF MAINS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### [PROPOSED] ORDER

### PURSUANT TO STIPULATION, IT IS SO ORDERED that:

This action is dismissed with prejudice as to the named Plaintiff Jeff Mains, and without prejudice as to all members of the alleged putative classes, with all parties to bear their own costs and fees, including but not limited to attorneys' fees.

Dated:  December 13, 2018

The Honorable Edward J. Davila

Stipulation of Voluntary Dismissal and [Proposed] Order
Case No. CV 12-05652 EJD